```
MICHAEL C. BAUM (SBN 65158)
E-Mail: mbaum@rpab.com
ANDREW V. JABLON (SBN 199083)
E-Mail: ajablon@rpab.com
RESCH POLSTER & BERGER LLP
9200 Sunset Boulevard, Ninth Floor
Los Angeles, California 90069-3604
Telephone: 310-277-8300
Facsimile: 310-552-3209

Attorneys for Plaintiff
Fabric Selection, Inc.
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABRIC SELECTION, INC., a California corporation<br><br>            Plaintiff,<br><br>    vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation; L'KORAL INCORPORATED, a California Corporation; JADE FASHION & CO., INC., a California corporation; HALF MOON BAY, INC., a California corporation doing business as ESSENTIAL APPAREL CO., an entity of an unknown form; ROSS STORES, INC., a Delaware corporation; and DOES 1-10, inclusive.<br><br>            Defendants. | Case No. 09-CV-1537 DDP (FFMx)<br><br>**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**<br><br>**[Proposed] Form of Judgment filed concurrently herewith** |

TO THE HONORABLE COURT, PLEASE TAKE NOTICE THAT:

Plaintiff Fabric Selection, Inc. has accepted defendant Wal-Mart Stores, Inc.'s Rule 68 Offer of Judgment. Copies of the offer and acceptance are attached hereto as Exhibits "A" and "B", respectively. Pursuant to the terms of the Rule 68 Offer of Judgment, a proposed form of Judgment, against Wal-Mart Stores, Inc. only, is filed concurrently herewith.

PLEASE TAKE FURTHER NOTICE THAT:

The acceptance of the Rule 68 Offer of Judgment and the judgment entered against Wal-Mart Stores, Inc. with respect thereto, shall have no effect on the action and claims against any of defendants other than Wal-Mart Stores, Inc.

Dated: December 7, 2009         Respectfully submitted,

RESCH POLSTER & BERGER LLP


By: _____/S/_____
         ANDREW V. JABLON
         Attorneys for Plaintiff
         Fabric Selection, Inc.

# EXHIBIT "A"

```
 1  Laura L. Chapman (State Bar No. 167249)
    FOLEY & LARDNER LLP
 2  One Maritime Plaza, Sixth Floor
    San Francisco, California 94111-3600
 3  Telephone: (415) 438-6425
    Facsimile: (415) 434-4507
 4  Email: lchapman@foley.com

 5  Attorneys for Defendant,
    WAL-MART STORES, INC.
 6
 7
```

**RECEIVED**

NOV - 2 2009

Resch Polster & Berger LLP

4:56 PM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FABRIC SELECTION, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC.; a Delaware corporation; L'KORAL INCORPORATED, a California corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. CV 09-1537 DDP (FFMx) <br><br> **OFFER OF JUDGMENT (FRCP 68)** |

1  Defendant Wal-Mart Stores, Inc. hereby offers to allow entry of judgment
2  pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: Judgment
3  in favor of plaintiff Fabric Selection, Inc. against defendant Wal-Mart Stores, Inc.
4  in the sum of six hundred thousand dollars ($600,000), which is the total amount
5  that defendant shall be obligated to pay on account of any and all liability claimed
6  herein, and which shall include any and all liability for costs of suit and attorneys'
7  fees.

9  DATED: November 2, 2009               Respectfully submitted,
10                                        FOLEY & LARDNER LLP

12                                        BY: *Laura Chapman*
13                                        LAURA L. CHAPMAN
                                          ATTORNEYS FOR DEFENDANT,
14                                        WAL-MART STORES, INC.

# EXHIBIT "B"



November 18, 2009

**VIA E-MAIL AND OVERNIGHT EXPRESS**
*LChapman@foley.com*

Laura L. Chapman
Foley & Lardner LLP
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3409

  Re: *Fabric Selection, Inc. v. Wal-Mart Stores, Inc., et al.*
    <u>Case No. 09-1537 DDP (FFMx)</u>

Dear Laura:

  This letter shall serve as an unconditional acceptance of Wal-Mart Stores, Inc.'s *Offer of Judgment (FRCP 68)* served by you on November 2, 2009.

  Pursuant to the Federal Rules of Civil Procedure and the Local Rules for the Central District of California, we will file your offer and this acceptance with the Court in order that the Judgment may be entered.

              Sincerely,

              ANDREW V. JABLON

CC: Jane Wald (via E-mail)

resch polster & berger llp
LAWYERS
a limited liability partnership including
professional corporations

9200 SUNSET BLVD., NINTH FLOOR
LOS ANGELES, CA 90069-3604
T 310.277.8300  F 310.552.3209
rpblaw.com

398879.1