MICHAEL C. BAUM (SBN 65158)
E-Mail: mbaum@rpab.com
ANDREW V. JABLON (SBN 199083)
E-Mail: ajablon@rpab.com
RESCH POLSTER & BERGER LLP
9200 Sunset Boulevard, Ninth Floor
Los Angeles, California 90069-3604
Telephone: 310-277-8300
Facsimile: 310-552-3209

Attorneys for Plaintiff
Fabric Selection, Inc.

NO JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABRIC SELECTION, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation; L'KORAL INCORPORATED, a California Corporation; JADE FASHION & CO., INC., a California corporation; HALF MOON BAY, INC., a California corporation doing business as ESSENTIAL APPAREL CO., an entity of an unknown form; ROSS STORES, INC., a Delaware corporation; and DOES 1-10, inclusive.<br><br>Defendants. | Case No. CV 09-01537 DDP (FFMx)<br><br>**JUDGMENT AGAINST WAL-MART STORES, INC.** |

399421.1

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2  Judgment in the above captioned matter is entered in favor of Fabric
3  Selection, Inc. ("Plaintiff"), and against Wal-Mart Stores, Inc. ("Defendant").
4  Plaintiff is awarded judgment against Defendant as follows: **$600,000,** inclusive of
5  any and all liability by Defendant for costs of suit and attorneys' fees.

6

7  DATED: December 8. 2009

*[signature]*

Honorable Dean D. Pregerson
United States District Judge

399421.1